**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1237**

RANDY WILLIAMS; MARY WILLIAMS,

                    Plaintiffs - Appellants,

          v.

APAC ATLANTIC, INC.; APAC, INC.; APAC CAROLINA INC.,

                    Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Joseph F. Anderson, Jr., District
Judge.  (3:08-cv-03432-JFA)

Submitted:  June 17, 2010          Decided:  June 24, 2010

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Randy Williams, Mary Williams, Appellants Pro Se.  Clayton
Monroe Custer, WOMBLE, CARLYLE, SANDRIDGE & RICE, Greenville,
South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randy and Mary Williams appeal the district court's order granting summary judgment to the Defendants on the Williams's civil complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Plaintiffs' motion for appointment of counsel and affirm for the reasons stated by the district court. Williams v. APAC Atlantic, Inc., No. 3:08-cv-03432-JFA (D.S.C. Feb. 11, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED